| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* Cr. 96-08-01-JD |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 05-10192-DPW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Khuong Nguyen<br>121 Warren Street, Apt. 7<br>Watertown, MA 02472 | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Joseph A. DiClerico, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/29/03    TO 1/28/08 |

**OFFENSE**

Ct. I:  Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846

Ct. II:  Unlawful Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1)

Ct. III:  Unlawful Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 27, 2005      Joseph A. DiClerico
*Date*      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*      *United States District Judge*