UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | Criminal No. 1:05-cr-10192-DPW-ALL |
| ) | |
| ) | |
| V.                                               ) | |
| ) | |
| ) | |
| KHOUNG  NGUYEN                    ) | |

DEFENDANT'S MOTION TO CONTINUE PROBABLE CAUSE HEARING AND
DETENTION HEARING

The defendant Khoung Nguyen hereby moves this Honorable Court to continue his probable cause and detention hearing from August 19, 2005 until August 23, 2005 at 2:00PM.

In support of this motion the defendant's attorney requires additional time to present his case to the court.

The defendant,
KHOUNG NGUYEN
By his attorney,


'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

## *WAIVER OF TIME PERIOD*

      The defendant agrees that the defendant waives his right to a detention hearing and probable cause hearing on August 19, 2005 until August 23, 2005 at 2:00PM.

SIGNED:    '/s/Walter H. Underhill, Esquire'  
                WALTER H. UNDERHILL, ESQ.

DATE:      August 19, 2005