AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____    District of    _____

UNITED STATES OF AMERICA

V.

KHUONG NGUYEN

**WARRANT FOR ARREST**

Case    05-10192-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KHUONG NGUYEN _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her    (brief description of offense)

Violation of Mandatory conditions: defendant shall not commit another federal, state or local crime; Violation of Standard Condition #1: defendant shall not leave the Judicial District without the permission of the court or probation officer.

in violation of    _____ 18 _____ United States Code, Section(s) _____

_____    United States District Judge
Name of Issuing Officer                Title of Issuing Officer

_[signature]_                7/29/05 at Boston, Massachusetts
Signature of Issuing Officer        Date and Location

Bail fixed at $ _____    by _____
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/10/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |