UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>)<br>KHOUNG NGUYEN ) | Criminal No. 1:05-cr-10192-DPW-ALL |

DEFENDANT'S MOTION TO CONTINUE FINAL REVOCATION HEARING

The defendant Khoung Nguyen hereby moves this Honorable Court to continue his final revocation hearing currently scheduled for Friday, September 16, 2005 until the final disposition in the State Of Rhode Island of the underlying charge which is the basis for Violation 1. of the government's petition for final revocation; "the defendant shall not commit another federal , state, or local crime".

In support of this motion the defendant states that he has been arraigned in the State Of Rhode Island for the allegations that support Violation 1. of the petition for revocation of the defendant's supervised release. The next scheduled court date the defendant has in Rhode Island is September 19, 2005 for a screening conference. This does not require the defendant's presence. Present defense counsel understands that this stage of the state process is to determine if the case will go forward and, if so, to provide the defendant the opportunity to obtain counsel. The defendant currently has no Rhode Island counsel and has been told that the public defender's office will not decide if the defendant is qualified for public counsel until after the screening conference. Under these circumstances the defendant requests that this court continue the matter until the final

disposition of the defendant's criminal matter in the State of Rhode Island. The defendant cannot, at this time, accurately report to this Court when his matter may be disposed of, however, he maintains his innocence in the matter and will be in a better position after September 19, 2005 to inform this Court of a probable disposition date of his Rhode Island case.

In addition to the preceding reasons stated for the defendant's continuance request, counsel would need additional time to prepare for a hearing on the defendant's final revocation on Violation 1. in the event the Court decides to proceed with the hearing prior to a final resolution of the defendant's Rhode Island state case.

United States Probation Officer Jonathan E. Hurtig, Petitioner, assents to this motion.

> The defendant,
> KHOUNG NGUYEN
> By his attorney,
>
> '/s/Walter H. Underhill, Esquire'
> Walter H. Underhill, Esq.
> 66 Long Wharf
> Boston, MA
> 02110
> 4th. Floor
> Tel. # 617-523-5858
> B.B.O. # 506300

RULE 7.1 CERTIFICATION

The United States Attorney, Neil Galagher, has been contacted regarding this motion, however, no conference has occurred regarding his position on this motion.

SIGNED:     '/s/Walter H. Underhill, Esquire'

DATE:           September 13, 2005