UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>)<br>KHOUNG NGUYEN ) | Criminal No. 1:05-cr-10192-DPW-ALL |

<u>DEFENDANT'S REPORT TO COURT REGARDING UNDERLYING CHARGES
SUPPORTING UNITED STATES PROBATIONS
PETITION TO SURRENDER DEFENDANT</u>

Mr. Nguyen was arrested on July 25, 2005 and charged by the Warwick Rhode Island Police with Assault with Intent to Rob and Conspiracy to Commit Assault with Intent to Rob. Although the Mr. Nguyen's case was rescheduled to September 19, 2005, Mr. Nguyen reported that the case was repeatedly continued and that he never again appeared in court nor was he appointed public counsel in the Rhode Island state matter. Mr. Nguyen reported that he diligently tried to determine what was delaying the progress of the Rhode Island state matter and was again trying to ascertain what his status was with the State of Rhode Island court. Counsel communicated to the Mr. Nguyen that he needed to apprise me of his status with Rhode Island in order to report that information to this Court. Mr. Nguyen was in the process of doing this when counsel left the country on vacation on December 14, 2005 returning on December 23, 2005. Evidently the State of Rhode Island has turned the prosecution of Mr. Nugyen over to the federal authorities and on December 7, 2005 he was indicted, along with his brother and two other individuals, in a two count indictment charging him with violations of 18 U.S.C. 894 and 18 U.S.C. 2. Mr. Nguyen learned of this federal charge sometime after December 14,

2005 and voluntarily turned himself in for his appearance in the United States District Court for the District of Rhode Island.

Mr. Nguyen appeared in the United States District Court on December 19, 2005 and was detained by United States Magistrate Judge Almond. He has been appointed counsel and is currently scheduled for trial before (Torres, J.) on Februrary 23, 2005.

I have included Mr. Nguyen's docket report as of December 23, 2005 as part of this report.

The defendant,
KHOUNG NGUYEN
By his attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

December 23, 2005

# U.S. District Court
## District of Rhode Island (Providence)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-00134-T-LDA-2

| | |
|---|---|
| Case title: USA v. Anh, et al. | Date Filed: 12/07/2005 |

Assigned to: Ernest C. Torres
Referred to: Lincoln D. Almond

**Defendant**

| | | |
|---|---|---|
| **Khong Nguyen** (2) | represented by | **Judith Crowell**<br>128 Dorrance Street<br>4th Floor<br>Providence, RI 02903<br>272-6600<br>Fax: 274-0175<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:894 - CONSPIRACY TO PARTICIPATE IN THE USE OF EXTORTION TO COLLECT NONREPAYMENT OF EXTENSION OF CREDIT<br>(1) | |
| 18:894 AND 18:2 – THREATEN THE USE OF VIOLENCE IN ORDER TO COLLECT AN EXTENSION OF CREDIT<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level**

**(Terminated)**

None

**Complaints**                              **Disposition**

None

---

**Plaintiff**

**USA**                    represented by    **James H. Leavey**
                                              United States Attorney's Office
                                              50 Kennedy Plaza
                                              8th Floor
                                              Providence, RI 02903
                                              709-5000
                                              Fax: 709-5001
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2005 | 1 | INDICTMENT as to Van Anh (1) count(s) 1, 2, Khong Nguyen (2) count(s) 1, 2, Quoc Nguyen (3) count(s) 1, 2, Thinh Cao (4) count(s) 1, 2. (UNSEALED AS OF 12/14/05) (Theall, Jeannine) (Entered: 12/19/2005) |
| 12/07/2005 |  | ARREST Warrant Issued in case as to Van Anh, Khong Nguyen, Quoc Nguyen, Thinh Cao. (Theall, Jeannine) (Entered: 12/19/2005) |
| 12/19/2005 |  | Arrest of Khong Nguyen (Theall, Jeannine) (Entered: 12/20/2005) |
| 12/19/2005 |  | Minute Entry for proceedings held before Magistrate Judge Lincoln D. Almond :Arraignment as to Khong Nguyen (2) Count 1,2 held on 12/19/2005, Detention Hearing as to Khong Nguyen held on 12/19/2005 (Donnelly, Crowell) PTS Tryhubczak; Court informs deft of rights and charges; Deft understands rights and charges; Deft pleads not guilty; Arraignment order entered; Govt requests detention; bail argument; Deft remanded to custody (Theall, Jeannine) (Entered: 12/20/2005) |
| 12/19/2005 | 12 | NOTICE OF ATTORNEY APPEARANCE: Judith Crowell appearing for Khong Nguyen (Theall, Jeannine) (Entered: 12/20/2005) |

| | | |
|---|---|---|
| 12/19/2005 | 13 | ARRAIGNMENT ORDER as to Khong Nguyen Motions due by 1/23/2006. Responses due by 2/2/2006 Jury Trial set for 2/3/2006 10:00 AM in Courtroom 3 before Ernest C. Torres. Pretrial Conference set for 1/18/2006 09:30 AM in Magistrate Judge Almond Chambers - Room P-208 before Magistrate Judge Lincoln D. Almond.. Signed by Magistrate Judge Lincoln D. Almond on 12/19/05.Sent to counsel. (Theall, Jeannine) (Entered: 12/20/2005) |
| 12/19/2005 | 14 | ORDER OF DETENTION as to Khong Nguyen . Signed by Magistrate Judge Lincoln D. Almond on 12/19/05. Sent to counsel. (Theall, Jeannine) (Entered: 12/20/2005) |
| 12/21/2005 | 18 | MOTION to Reconsider Denial of BailWITH SUPPORTING MEMO by Khong Nguyen. (Leyva, Lucia) (Entered: 12/21/2005) |
| 12/22/2005 | | MOTIONS as to Khong Nguyen REFERRED to Judge Magistrate Judge Almond. 18 MOTION for Reconsideration (Jackson, Ryan) (Entered: 12/22/2005) |
| 12/22/2005 | 19 | MEMORANDUM and ORDER as to Khong Nguyen denying a oral request for a second bail hearing . Signed by Magistrate Judge Lincoln D. Almond on 12/22/05. Forwarded to counsel of record (Saucier, Martha) (Entered: 12/22/2005) |
| 12/22/2005 | 20 | ORDER denying 18 Motion for Reconsideration as to Khong Nguyen (2). Signed by Magistrate Judge Lincoln D. Almond on 12/22/05. Forwarded to counsel (Saucier, Martha) (Entered: 12/22/2005) |
| 12/22/2005 | 21 | CJA 20 as to Khong Nguyen: Appointment of Attorney Judith Crowell for Khong Nguyen. . Signed by Magistrate Judge Lincoln D. Almond on 12/19/05. (Saucier, Martha) (Entered: 12/22/2005) |