UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | Criminal No. 1:05-cr-10192-DPW-ALL |
| ) | |
| ) | |
| V.                          ) | |
| ) | |
| ) | |
| KHOUNG  NGUYEN              ) | |

DEFENDANT'S REPORT TO COURT REGARDING UNDERLYING CHARGES
SUPPORTING UNITED STATES PROBATIONS
PETITION TO SURRENDER DEFENDANT

On December 7, 2005 the defendant, Khoung Nguyen, was indicted, along with his brother and two other individuals, in a two count indictment charging him with violations of 18 U.S.C. 894 and 18 U.S.C. 2. On May 5, 2006 the defendant was convicted of both counts of the indictment. A review of the docket sheet in the case does not reveal that sentencing is currently scheduled.

KHOUNG NGUYEN
By his attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:    '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.