FID# 158155

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE

2006 NOV 21  P 12: 05

UNITED STATES OF AMERICA

V.

KHUONG NGUYEN

**WARRANT FOR ARREST**
U.S. DISTRICT COURT
DISTRICT OF MASS.

Case   05-10192-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KHUONG NGUYEN _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Mandatory conditions: Defendant shall not commit another federal, state or local crime; Violation of Standard Condition #1: Defendant shall not leave the Judicial District without the permission of the court or probation officer.

in violation of _____ 18 _____ United States Code, Section(s) _____ 3606 _____

Douglas P. Woodlock                    United States District Judge
Name of Issuing Officer                 Title of Issuing Officer

Douglas P. Woodlock                    06 at Boston, Massachusetts
Signature of Issuing Officer            Date and Location

[stamp: 2005 DEC 35 A — RECEIVED U.S. MARSHAL SERVICE BOSTON, MA]

Bail fixed at $ _____

                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| Notary /ARREST/ARRAIGNMENT 11/20/06 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |