# **INDEX**

Certificates of Completion ..................................................................1

October 16, 2006 Letter from Jenna Gosson..........................................2

October 3, 2006 Letter from Lisa Cass..................................................4

October 9, 2006 Letter from Joyce T. Alley..........................................6

October 5, 2006 Letter from George Tucker..........................................7

October 10, 2006 Letter from Thomas G. Seeman..................................8

October 14, 2006 Letter from Erin Gosson............................................9

October 18, 2006 Letter from Michelle Gosson....................................10

October 15, 2006 Letter from Janine Goode........................................11

October 11, 2006 Letter from Shirley McCarthy..................................12

Certificate of Completion....................................................................13

Certificate of Completion....................................................................14

Certificate of Completion....................................................................15

①


### CERTIFICATE OF COMPLETION
This is to certify that

*Khuong Nguyen*

Has successfully completed the CommScope Connector Training Course including A-Series Connectors.

Signed _Tim Shain_    Date _FEB 2005_

---

**Commonwealth of Massachusetts**
Division of Occupational Safety
Robert J. Prezioso, Commissioner
**Asbestos Supervisor**

KHUONG T. NGUYEN
Eff. Date  06/13/05
Exp. Date  06/12/06
AS000692
Member of C O N.E.S
BO

**06**

BOSTON-NEW

---

 **Andrew INSTITUTE**

This is to certify that

**Khuong Nguyen**

Has completed 1 Day of training on L4PDM-RC, L5PDF-RFC, A7TDF-PS, SGL5, L66GRIP, SSH-78, Weatherproofing, RET

Registration No.: AO0405-CR-22280
Expiration Date: April 13, 2008

**ANDREW.** One Company A World of Solutions.

---

**ANDREW®**
This is to acknowledge that
*Khoung Nguyen*
has successfully completed the Andrew Fall Protection Training/Skill Qualification Program
This card is valid for Andrew employees only.

_3-17-05_    _P.F. Hartnett_
Date          Safety Coordinator

October 16, 2006

To Whom It May Concern,

My name is Jenna Gosson and I am writing a letter on the behalf of Mr. Khuong Nguyen.

I had the pleasure of meeting Khuong through mutual friends June 2004 on Martha's Vineyard where I was born, raised and still reside. We started dating approximately two months later. Prior to moving to the island Khuong would travel to the island right from work Friday afternoons to the island and leave the island on the last boat Sunday night. On occasion Khuong would pick me up in Woods Hole when he himself didn't come to the island and we would spend the weekend together on Cape Cod.

Khuong and I became inseparable within a small period of time. My family fell in love with him just as quickly as I did. My three siblings Anna (age 14), Erin (age 14), and Ryan (age 12) are all very fond of Khuong. I cannot express to you enough how much Khuong does for my siblings and how close they all really are. Anna along with myself started counseling about a month after Khuong got arrested because it was much to difficult for both of us to deal with.

Khuong moved to Martha's Vineyard June 2005 when my father Warren Gosson became his third party custodian. During this time Khuong helped my elderly uncle with carpentry that he could no longer do himself, such as shingling and heavy lifting. Khuong also helped my mothers fiance with lawn care when needed as well as house cleaning with my mother when she needed help. Khuong was working for a well known water business (Poland Spring) prior to his arrest. To this day his boss e-mails me on a regular basis asking about Khuongs well being as well as an occasional letter to Khuong.

My family and I both have all intentions of supporting Khuong while these trials and tribulations occur. I pay his bills so his credit won't decrease, and my

family sends him money for the necessary needs while incarcerated. We all make frequent trips to Rhode Island to visit him as well. We all wish and pray upon Khuongs release. He will return to Martha's Vineyard where he is guaranteed a day job as well as a night job a few nights a week at Our Market stocking shelves. As soon as he has his personal training certificate reinstated he already has people asking him to train them.

    I hope and pray during his sentencing that it is taken into consideration the obvious lies that was stated by the defendant. I wish I could prove how much Khuong has affected myself and my family along with everyone that has had the pleasure of meeting Khuong. I know he does have a past but I can honestly tell you that people do change. Many people have faith in him and are bending over backwards to help him complete this process since he was on the right path since moving to the island. Khuong is without a doubt a great father, boyfriend, and mentor to many people. Please take all this inconsideration and know that he does have a lot to come home to !

                                             Sincerely,

                                             Jenna Gosson

Jenna Gosson
P.O. Box 543
Oak Bluffs, MA. 02557
(508) 693-1774- Home
(508) 274-4741- Cell
(508) 696-6514- Work



October 3, 2006

To Whom it may concern,

    I am writing this letter on behalf of Mr. Khuong Nguyen. I have had the pleasure of knowing Khuong for almost three years now.

    Khuong has worked for me on occasion when I was short of help and he always, without hesitation has stepped up and offered his help whenever I was in need of extra hands. His work ethics and performance were always very impressive.

    Not only do I know Khuong on a work level but also on a personal level. Khuong is one of my favorite people in my life today. He not only looks out for my best interest but my two children as well. He has selflessly given his time, attention, and life experiences to help both my children achieve better self esteem, self confidence and care about who they are. I can not express in words how much he has helped my family including myself physically, mentally and spiritually. I would never adequately be able to thank him enough for what he has done for all of us. Words could never be able to describe the love, admiration and respect that I hold in my heart for Khuong as does my children and other family members.

    Khuong has always in his spare time, including nights, has helped my elderly uncle with carpentry jobs that he can no longer physically do himself. He helped my fiance with lawn care, home repair and whatever work he needed help with. My mother who is elderly as well as handicapped, therefore very limited to what she can do has had to ask Khuong for his help. To no avail, Khuong

without hesitation does whatever he is asked plus some, he even cooks dinner numerous times a week for the family.

Khuong is welcomed in our home and will always have a place to live with us and will never be short of employment. So many people in our community who Khuong has worked for or has had any acquaintance with asks regularly when Khuong will return home because they too miss him dearly.

Khuong is a huge asset to our family as well as our lives. We miss him severely and hope and pray daily for his return home.

Sincerely,

*Lisa P. Cass*

Lisa Cass

Lisa Cass
P.O. Box 2822
Oak Bluffs, Ma. 02557
(508) 693-1774 Home
(774) 292-9733 Cell




October 9, 2006

To Your Honor,

    My name is Joyce Alley and I am Jenna Gosson's grandmother and I am writing a letter for Mr. Khuong Nguyen.

    I met Khuong August 2004 when Jenna and Khuong started dating. Khuong would stay at our house on the weekends, then June 2005 he moved in with us for good. Khuong always paid his rent on time without being asked, and him and Jenna would do all the grocery shopping for our family of six as well. He would complete house hold chores that neither myself nor my brother George Tucker could do, seeing that we are both elderly. I myself am considered handicapped, therefore I am extremely limited to what I can do. Khuong would make dinner for the family numerous times a week when him and Jenna returned home from the gym at night.

    Khuong is a great addition to our family and is appreciated dearly for all the things he does around the house. He is a very hard worker both work wise as well as spiritually. Khuong is the first person to sit down and converse when he knows something is not right. We have sat at the kitchen table many nights talking about life experiences, he is extremely intelligent and wise beyond his years. He would somehow always make me feel better when I had trouble breathing.

    I would love to see him and my granddaughter have a future together because I feel they are a great team. They bring the best out of each other. I know Khuong is a sincere person and would take his shirt off his back for anyone in need. We all miss him tremendously and can't wait for him to come home. Khuong is always and will always be welcome in my home! I know he will be a very busy person seeing he already has numerous job opportunities upon his release.

    Please realize that people do change and deserve another chance. Khuong has unfortunately had to learn the hard way that being in the wrong place at the wrong time is just as bad as getting into trouble he himself. I hope Khuong does get the opportunity to prove to your honor that he is a sincere person who just wants to return home to Martha's Vineyard and continue the journey he had started.

With all respect,

*Joyce T. Alley*

Joyce T. Alley

Joyce Alley
P.O. Box 543
Oak Bluffs, MA. 02557
(508) 693-1774

October 5, 2006

To whom it may concern,

My name is George Tucker and I am writing a letter for Khuong Nguyen.

I first met Khuong around October 2005 when my great niece, Jenna Gosson brought him to our home on Martha's Vineyard. Khuong would come to the island at first on weekends. When I needed assistance with my carpentry he volunteered to help me, seeing I am seventy two years old! When he moved to the island he would assist me during the week after his normal job.

Soon after, Khuong moved into my home with my sister, niece, two great nieces and myself. He became part of the family very quickly. Khuong would make dinner often for the family, take care of the lawn, shovel and clean off all the cars when it snowed. It was great to have him around.

Khuong is a great addition to our family and he is always welcome in my home. We all hope he will return home to the island soon.

*George Tucker*
George Tucker

George Tucker
P.O. Box 543
Oak Bluffs, Ma. 02557
(508) 693-1774 Home




# VINEYARD BOTTLED WATERS

Tuesday, October 10, 2006

To Whom It May Concern:

A quick introduction to myself. I have lived on Martha's Vineyard for 32 years. I own a small business, a Poland Spring Water distributorship that operates on the 2 islands of Martha's Vineyard and Nantucket and have been in business continuously for the past 22 years. Depending upon the time of year, I employ between 4-7 people in full and part-time capacities. I have been married for the past 24 years and my wife and I have raised three wonderful children. I have served as a member and as Chairman of our town's Finance Committee and Conservation Commission, and served as the town's representative to the Martha's Vineyard Commission.

I am writing to you on behalf of Khuong T. Nguyen who I met in November, 2005 and who worked for me in my business for an unfortunately brief period of 2 weeks the ensuing December.
Khuong was an exemplary employee, acting as a warehouseman and delivery driver. He caught on quickly to the details and intricacies of my small business, handling his duties with a degree of sincerity and adroitness that I found highly unusual and deeply comforting. His enthusiasm and appreciation for his job was infectious. His conduct reflected a mature and insightful awareness of how to handle not only his responsibilities, but also in his relationship with and understanding of our customers and their needs. I was delighted to have him working for me and was looking forward to a hopefully long and successful relationship within the business.

I found Khuong at all times to be honest and sincere: down-to-earth, intelligent, observant, quick to grasp the nuances of his job, exceptionally insightful regarding customer relationships; soft-spoken and gentlemanly; thoughtful and respectful in all ways. Should I have an opening and should Khuong seek me out for employment again, I would be very pleased to have him back.

I don't know the details at all of Khuong's present circumstances, nor what has transpired that has brought him to this point. I would hope that he will be given the opportunity to return and resume the life that at the end of 2005 seemed to be one of a very succesful assimilation into our island community.

Thank you for your kind attention to my letter.

Thomas G. Seeman, President
Vineyard Bottled Waters



10 North Line Road • Edgartown, MA 02539 • (508) 693-8700 • FAX (508) 693-8707

①

October 14, 2006

Dear Your Honor,

My name is Erin Gosson and I am writing a letter for Khuong Nguyen. Khuong dates my sister Jenna, who I call Sissy. I met Khuong when Sissy brought him to our house in the summer two years ago. Khuong would play games with me like Uno and different board games. We always had a lot of fun.

I really love Khuong a lot, he always tells me how smart I am and would help me with my homework when I needed it. I miss his help and all the times he would joke with me when I would complain about my homework. Even tough I'm not much into sports I would watch sports with Khuong and my family because Khuong would make it fun.

I have gone to Rhode Island a few times to visit Khuong, it's so sad to have him away from us and to see him like that. Please your honor do what you can to let Khuong come home because it would mean a lot to my family and I.

Thank you,
Erin Gosson



Michelle Gosson
PO Box 3448
Edgartown, MA 02539
(508) 627-4302

October 18, 2006

Dear Excellency:

I'm respectfully requesting your consideration with Mr. Khuong Nygyen's sentencing.

My name is Michelle Gosson and I work for the Superintendent of Schools on Martha's Vineyard. I first had the pleasure of meeting Khuong when I was at a medical appointment in Boston. My step-daughter, Jenna Gosson, had started dating Khuong and wanted her father and I to meet him. Khuong was very polite and courteous and I was very impressed with his mannerism. I also knew his behavior was genuine.

Khuong has become very close to our family. The kids love him and we have a lot of fun. He's also a positive influence, especially to my son, (Jenna's brother), Ryan. Khuong has taught him a lot about sports, homework, and most important, how to be respectful to others.

I know that Khuong would never intentionally hurt anyone. He's really a gentle giant.

We would truly be grateful Your Honor, for any and all consideration you can give Khuong. He really belongs home with his family and I know he's learned from this experience.

Thank you for your help.

Respectfully,

Michelle Gosson
Michelle Gosson



October 15, 2006

Dear Your Honor,

My name is Janine Goode and I am writing a letter for Khuong Nguyen. I currently live with my daughter Michelle Gosson, son-in-law Warren Gosson and my two grandchildren Erin and Ryan Gosson.

I met Khuong around August 2004 through my step-granddaughter Jenna Gosson when she brought him to the house to introduce him to the family.

Khuong and Jenna would come down to the house three to four times a week to visit with the family. When he was at the house Khuong was very attentive with the children and very social with the family. Khuong is one of the most respectful men I have ever known. When asked to do any favor he was very willing with no apprehension what so ever. He is a gentle, thoughtful and a caring person to everyone he knows.

Prior to Khuongs arrest in December 2005 he worked everyday and helped many of Jennas family members on the side. Still to this day I find it difficult to believe Khuong having any part of something so serious. I have full faith when Khuong is released he will continue to be productive and well mannered as before. We all fully support Khuong during these troubled times and can't wait for his return home to the island.

Sincerely,

*Janine Goode*

Janine Goode

Janine Goode
P.O. Box 452
Oak Bluffs, MA. 02557
(508) 627-4302 Home
(508) 693-0161 Work
(508) 274-9166 Cell



October 11, 2006

To Your Honor,

My name is Shirley McCarthy and I am seventy four years old. I have been a foster mother for over fifty years and have had the pleasure of caring for over two hundred children, five of which I adopted. Throughout these years I have met many different types of people and have become very confident in my judgment of others.

I first had the opportunity to meet Khuong at one of my best friends (Janine Goode) family functions. I was immediately impressed with Khuongs personality and found him to be a pleasure to be around. At the time due to a motor vehicle accident I was limited in movement and Khuong kindly came over, introduced himself and asked if there was anything he could get me. After bringing me a glass of punch we sat and had a most enjoyable conversation. I found Khuong to be a very intelligent and truthful gentlemen. We have had several opportunities from that date to sit and chat and learn more about each other!

When I first heard of Khuongs situation it was hard for me to believe. As I know he is not the kind of person who would intentionally hurt anyone. Though he may be big in size he is a very gentle person inside, and anyone that knows Khuong could tell you the same.

I hope you will take into consideration my statement when deciding Khuongs sentencing. He is a great person who belongs back home with his family and friends on Martha's Vineyard.

Respectfully,

*Shirley McCarthy*
Shirley McCarthy

Shirley McCarthy
P.O. Box 493
Tisbury, MA. 02568
(508) 939-9655 Home



# CERTIFICATE OF COMPLETION

Awarded to:

Khuong Nguyen

For participation in Substance Abuse Awareness and Anger Management educational groups at the Wyatt Detention Facility

6/23/06
DATE

Maria Garrido, Psy.D.
University of Rhode Island

Jean Singleton
Programs Director
Wyatt Detention Facility
Central Falls, Rhode Island

# TATON LEARNING INSTITUTE
Fellowship Health Resources, Inc.
Educational and Consultation Services for Nonprofit Organizations

## CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

# KHUONG NGUYEN

IN RECOGNITION OF THE COMPLETION OF

VIOLENCE AND STEREOTYPE FORMATION ~ MEDIA INFLUENCE
AUGUST 1, 2006–AUGUST 29, 2006
6:00 TO 8:00 P.M.
DONALD W. WYATT DETENTION FACILITY

_Elizabeth Schaeffer_  8-29-06
SIGNATURE           DATE

25 Blackstone Valley Place, Suite 204, Lincoln, RI 02865  401-642-4440  tli@fellowshiphr.org

# TL Taton Learning Institute

Fellowship Health Resources, Inc.
Educational and Consultation Services for Nonprofit Organizations

## CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

### MR. KHUONG NGUYEN

IN RECOGNITION OF THE COMPLETION OF

UNDERSTANDING DOMESTIC VIOLENCE
SEPTEMBER 5 – OCTOBER 10, 2006
6:00 TO 8:00 P.M.
DONALD W. WYATT DETENTION FACILITY

_signature_  10-10-06
SIGNATURE     DATE

25 Blackstone Valley Place, Suite 204, Lincoln, RI 02865  401-642-4440  tli@fellowshiphr.org