### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10192

United States of America

v.

Khoung Nguyen

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-12

and contained in 1 Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   12/12/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2007.

Sarah A Thornton, Clerk of Court

By:

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _1/11/07_.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

CLOSED, CUSTAPP

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10192-DPW-ALL

Case title: USA v. Nguyen

Date Filed: 07/28/2005

Assigned to: Judge Douglas P. Woodlock

## Defendant

**Khoung Nguyen** (1)
*TERMINATED: 07/28/2005*

represented by **Walter H. Underhill**
Law Office of Walter H. Underhill
66 Long Wharf
4th Floor
Boston, MA 02110
617-523-5858
Fax: 617-523-7834
Email: punderhill@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

None

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Complaints

None

**Disposition**

**Disposition**

**Disposition**

## Plaintiff

USA                                    represented by **Neil J. Gallagher, Jr.**
                                                       United States Attorney's Office
                                                       John Joseph Moakley U.S. Courthouse
                                                       1 Courthouse Way, Suite 9200
                                                       Boston, MA 02210
                                                       617-748-3397
                                                       Email: neil.gallagher@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2005 | 1 | Certified copy of transfer order from District of New Hampshire as to Khoung Nguyen. (Gawlik, Cathy) (Entered: 07/29/2005) |
| 07/28/2005 | 2 | Memorandum from U.S. Probation as to Khoung Nguyen, FILED. (Gawlik, Cathy) (Entered: 07/29/2005) |
| 08/16/2005 | 3 | Judge Douglas P. Woodlock : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: Arraignment and bail re Probation violation as to Khoung Nguyen (Gawlik, Cathy) (Entered: 08/16/2005) |
| 08/19/2005 | 4 | MOTION to Continue *PROBABLE CAUSE & DETENTION HEARING* as to Khoung Nguyen. (Underhill, Walter) (Entered: 08/19/2005) |
| 08/22/2005 | | TRANSFER OF JURISDICTION as to Khoung Nguyen. Received certified copies of indictment, judgment and docket sheet from District of New Hampshire (Gawlik, Cathy) (Entered: 08/22/2005) |
| 08/24/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered. ELECTRONIC ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately (Nici, Richard). (Entered: 08/24/2005) |
| 08/25/2005 | 5 | Arrest Warrant Returned Executed on 8/16/05. as to Khoung Nguyen. (Nici, Richard) (Entered: 08/25/2005) |

| 09/01/2005 | ❸ | NOTICE OF RESCHEDULING HEARING as to Khoung Nguyen: Final Hearing re Revocation of Supervised Release reset for 9/16/2005 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/01/2005) |
| --- | --- | --- |
| 09/13/2005 | ❸6 | MOTION to Continue *FINAL REVOCATION HEARING* as to Khoung Nguyen. (Underhill, Walter) (Entered: 09/13/2005) |
| 09/14/2005 | ❸ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 6 Motion to Continue as to Khoung Nguyen (1). Final Revocation hearing previously scheduled for 9/16/05 is canceled. Defendant shall file a status report every 60 days as to the disposition of RI state case. (Rynne, Michelle) (Entered: 09/14/2005) |
| 09/16/2005 | ❸ | Motions terminated as to Khoung Nguyen: 4 MOTION to Continue *PROBABLE CAUSE & DETENTION HEARING* filed by Khoung Nguyen,. (Rynne, Michelle) (Entered: 09/16/2005) |
| 12/28/2005 | ❸7 | STATUS REPORT *of counsel to Khoung Nguyen* by USA as to Khoung Nguyen (Underhill, Walter) (Entered: 12/28/2005) |
| 08/03/2006 | ❸8 | STATUS REPORT by Khoung Nguyen (Nici, Richard) (Entered: 08/03/2006) |
| 11/21/2006 | ❸9 | Arrest Warrant Returned Executed on 11/20/06. as to Khoung Nguyen. (Nici, Richard) (Entered: 11/22/2006) |
| 11/21/2006 | ❸ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance re Revocation of SR as to Khoung Nguyen held on 11/21/2006 Appearance entered by Walter H. Underhill for on behalf of defendant.; AUSA Gallagher and Attorney Underhill for the dft.: USMJ Dein informs the dft. of his rights and charges; Dft. waives PC hearing and final revocation is set for 11/30/06 @ 10:00am. before the USDJ Woodlock. (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/22/2006) |
| 11/22/2006 | ❸ | Judge update in case as to Khoung Nguyen. Judge Judith G. Dein no longer assigned to case. (Quinn, Thomas) (Entered: 11/22/2006) |
| 11/29/2006 | ❸ | ELECTRONIC NOTICE OF RESCHEDULING as to Khoung Nguyen: Final Hearing re Revocation of Supervised Release set for 12/5/2006 11:30 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 11/29/2006) |
| 12/05/2006 | ❸10 | PROPOSED DOCUMENT(S) submitted to the Court as to Khoung Nguyen (Underhill, Walter) Modified on 12/5/2006 (Nici, Richard). (Entered: 12/05/2006) |
| 12/05/2006 | ❸ | Notice of correction to docket made by Court staff. Correction: docket entry #10 corrected because: the document was filed by the defendant's attorney and not the USA. (Nici, Richard) (Entered: 12/05/2006) |
| 12/05/2006 | ❸ | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Final Hearing re Revocation of Supervised Release as to |

| | | Khoung Nguyen held on 12/5/2006. Defendant sworn. Court conducts colloquy regarding violations. Court finds violation based on conviction in USDC in RI. Defendant sentenced to 12 months incarceration to be served consecutive to sentence imposed by Chief Judge Torres in 05-00134-T-LDA-2 in USDC for District of Rhode Island. No additional supervised release imposed. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/05/2006) |
|---|---|---|
| 12/05/2006 | 11 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Khoung Nguyen after Revocation of Probation/Supervised Release (defendant transferred to this district for supervision) JUDGMENT INFORMATION: 12 months to be served consecutive to the sentence imposed by Chief Judge Ernest C. Torres in the Case 05cr00134-T-LDA in the District of Rhode Island. No term of supervised release imposed. (Nici. Richard) (Entered: 12/06/2006) |
| 12/12/2006 | 12 | NOTICE OF APPEAL by Khoung Nguyen NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Underhill, Walter) (Entered: 12/12/2006) |