KHUONG T. NGUYEN
REG. NO. 01566-049
DONALD W. WYATT DETENTION FACILITY
950 HIGH ST.
CENTRAL FALLS, RI 02863

FILED
IN CLERKS OFFICE
2007 APR -9 P 2:17
U.S. DISTRICT COURT
DISTRICT OF MASS.

APR. 5, 2007

THE HONORABLE JUDGE WOODLOCK
U.S. DISTRICT COURT
SUITE 2300
ONE COURTHOUSE WAY
BOSTON, MA 02210

RE: JUDGEMENT AND COMMITMENT STATUS

DEAR, YOUR HONOR

I'M WRITING TO YOU REGARDING THE STATUS OF MY JUDGEMENT AND COMMITMENT PAPERS. I WAS SENTENCED ON NOV. 30, 2006 FOR A VIOLATION IN YOUR COURT ROOM. AS OF TODAY, I HAVE YET TO RECEIVED A COPY OF MY PAPERWORKS.

I TRIED TO CONTACT MY ATTORNEY MR. WALTER UNDERHILL. BUT HE HAS YET TO RESPOND TO ME.

I'M PRESENTLY HERE AT DONALD W. WYATT DETENTION FACILITY. BEING THAT IT'S BEEN OVER FOUR MONTHS SINCE I HAVE BEEN SENTENCED, I AM QUESTIONING THE REASON FOR THAT, AS

It is highly unusual for a detainee to still be here for that long after sentencing.

Can you please respond back to me at your earliest convenience.

Thank you for your time and help!

Sincerely,

*Khuong Nguyen*

KHUONG NGUYEN
REG. NO 01566-049